Chambers of
Hon. Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Sqare
New York, New York 10007

2/5/08

FEB 0 8 2008

Hickmon v. City of New York
07 Civ. 6642 (LAK)(KNF)

Dear: Your Honor

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/20/08

With all due respect. I Darren Hickmon am writing to You asking for an extention for the phone conference scheduled for March 5, 2008. I am oblivious to the law. I am currently searching for a lawyer. If possible can You appoint a Lawyer to help Me. It would be appreciated dearly. Thank You & God bless

With all Sincerity
D. Hickmon

2/20/08
The application to postpone the conference is denied. The plaintiff's request for court-appointed counsel will be addressed in a separate writing.

SO ORDERED:

Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge