UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DARREN HICKMON,                                 :

        Plaintiff,                              :          ORDER

        -against-                              :          07 Civ. 6642 (LAK)(KNF)

DEPARTMENT OF CORRECTIONS, ET AL.,              :

        Defendants.                             :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the defendants and plaintiff pro se on March 5, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before July 25, 2008;

2. a telephonic status conference will be held with the parties on June 11, 2008, at 10:15 a.m. Counsel to the defendants shall initiate the telephonic conference on that date.

3. a settlement conference shall be held with the parties on August 11, 2008, at 10:30 a.m. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order.

4. any dispositive motion shall be served and filed on or before August 26, 2008;

5. the response to the motion shall be served and filed on or before September 16, 2008;

6. any reply shall be served and filed on October 1, 2008; and

7. any medical data respecting the plaintiff, disclosed by him, during the pretrial discovery phase of the litigation, shall be used only for this action and, pursuant to Fed. R. Civ. P. 26(c), shall not be disseminated publicly.

The plaintiff is reminded that he may seek such procedural assistance as he might need from the Pro Se Office for this judicial district, which is located at 500 Pearl Street, Room 230, New York, New York 10007.

Dated: New York, New York
March 6, 2008

SO ORDERED:

_/Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Darren Hickmon
Sarah B. Evans, Esq.