UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DARREN HICKMON,                                 :

                Plaintiff,                :          ORDER

            -against-                           :          07 Civ. 6642 (LAK)(KNF)

DEPARTMENT OF CORRECTIONS, ET AL.,   :

                Defendants.               :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that: (1) the Superintendent or other official in charge of the Franklin Correctional Facility provide inmate Darren Hickmon, No. 07-A-4399, a private room, with telephone service, so that he may participate in a telephonic status conference call with the Court and counsel to the defendants on Wednesday, June 11, 2008, at 10:15a.m. and a settlement conference on Monday, August 11, 2008, at 10:30 a.m.; (2) plaintiff Darren Hickmon shall appear in a private room, designated by the Superintendent or other official in charge of the Franklin Correctional Facility, to participate in said conferences; and (3) Assistant Corporation Counsel, Sara Beth Evans, is directed to serve a copy of this Order on the Superintendent or other official in charge of the Franklin Correctional Facility expeditiously.

Dated: New York, New York          SO ORDERED:
       March 6, 2008

                                                                       /s/ Kevin Nathaniel Fox

Copies mailed to:                             KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE

Darren Hickmon
Sarah B. Evans, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/6/08