


**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BRIAN FRANCOLLA
*Assistant Corporation Counsel*
Tel.: (212) 788-0988
Fax: (212) 788-9776

March 25, 2008

**BY HAND DELIVERY**
Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007-1312

      Re: <u>Darren Hickmon v. The New York City Department of Correction, et al.</u>,
          07 CV 6642 (LAK) (KNF)

Your Honor:

      I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action was settled yesterday in the amount of Two Hundred and Fifty Dollars ($250.00). The executed STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE will be submitted to the Court shortly.

      Thank you for your consideration herein.

Respectfully submitted,

Brian Francolla
Assistant Corporation Counsel
Special Federal Litigation Division

[handwritten endorsement:] ... will ... costs subject to re... ... 4/27/08 ..., if the settlement is not c...

SO ORDERED:
Lewis A. Kaplan
U.S.D.J.
7/27/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

cc: Honorable Lewis A. Kaplan (By hand delivery)
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Mr. Darren Hickmon (By mail)
Plaintiff *Pro Se*
DIN # 07-A-4399
Franklin Correctional Facility
Bare Hill Road
PO Box 10
Malone, New York 12953-0100